UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.     2:25-CV-10680-PD                          Date: February 9, 2026

Title     *Erica Cole Cattenhead v. Trueaccord Corp.*

Present:  The Honorable:  Patricia Donahue, United States Magistrate Judge

|            Isabel Verduzco            |            N/A            |
| :---: | :---: |
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff:        Attorneys Present for Defendants:

N/A                                    N/A

**Proceedings (In Chambers):        Order to Show Cause Re: Dismissal
For Lack of Prosecution**

Plaintiff is ordered to show cause, in writing, no later than **February 23, 2026**, why this action should not be dismissed for lack of prosecution or for failure to timely complete service.  The Court will consider the filing of the following on or before the above date as an appropriate response to this Order to Show Cause:

 X    Proof of service of summons, complaint, and Notice of Assignment to a U.S. Magistrate Judge and Declination of Consent, Dkt. No. 4

___    Response to the complaint by the defendant or an application for entry of default pursuant to Federal Rule of Civil Procedure 55(a)

___    Application for entry of default judgment pursuant to Federal Rule of Civil Procedure 55(b)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    2:25-CV-10680-PD                          Date: February 9, 2026

Title       *Erica Cole Cattenhead v. Trueaccord Corp.*

      No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the dismissal of this action.  Fed. Rs. Civ. P. 4(m), 41(b).

      **IT IS SO ORDERED**.